BENJAMIN B. WAGNER
United States Attorney
KEVIN P. ROONEY
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California  93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 1:11-CR-00223 AWI |
|---|---|---|
| Plaintiff, | ) | |
| | ) | ORDER REGARDING DEPOSITIONS OF |
| v. | ) | JORGE GARRIDO AND FRANCISCO |
| | ) | PEDRAZA |
| MARIA LOPEZ, et al. | ) | |
| Defendant(s). | ) | |

Based on the motion and supporting document filed by the United States, the Court makes the following findings and issues the following order.

Defendants Garrido and Pedraza are material witnesses in the above-captioned case.  There is an extreme likelihood that these witnesses will be removed from the United States and will not be available to testify at trial in this matter if they are released from custody.

The court finds that this case presents exceptional circumstances and the interests of justice require taking videotaped depositions of the defendants.  FRCrP 15.  The court further finds

1

that there will be no failure of justice if the material witness is released after the video taped deposition is completed and certified. 18 U.S.C. 3144, FRCrP. 15.

   IT IS HEREBY ORDERED that the material witnesses, Garrido and Pedraza, be deposed.  This order is conditioned on the entry of a guilty plea to illegal entry into the United States by an individual defendant before that individual's deposition.  The depositions will take place in the District Court for the Eastern District of California, Fresno Division, Grand Jury Room, or such other location in the courthouse as may be appropriate for security and other concerns, on October 24, 2011 starting at 1:30 p.m.

   IT IS FURTHER ORDERED that the deposition shall be recorded by videotape.

   IT IS FURTHER ORDERED that the government shall retain custody and control of the videotape deposition and statement.

   IT IS FURTHER ORDERED that the U.S. Attorney shall notice all parties and their attorneys and the Untied States Marshal's Service of the date and time of the deposition.  Notice shall be given to: All defendants, counsel for the defendants, the material witnesses, counsel for the material witness, and the United States Marshals Service.  The United States Attorney's Office shall make arrangements for a videographer to be present to record the deposition.

   IT IS FURTHER ORDERED that any office authorized to administer oaths pursuant to Title 9, United States Code, § 1357(b), as well as the videographer, may administer the oath to the witness to be deposed.

///

///

1    IT IS FURTHER ORDERED that the United States Marshal's Service
2 shall make all the named defendant(s)in this case who are in their
3 custody, specifically:
4        Maria Lopez (not in custody);
5        Bernardino Garcia (in custody);
6        Maria G. Rivera (not in custody);
7        Jose B. Robles (in custody);
8        Jorge Garrido Mendoza (in custody);
9        Francisco Pedraza Garcia (in custody);
10       Rigoberto Martinez Chavez (in custody);
11       Jose Aguilar Chavez (in custody);
12 available on the date and time and place in this order.
13 IT IS SO ORDERED.

Dated:     October 14, 2011            _____
                                       CHIEF UNITED STATES DISTRICT JUDGE